VALENTINE MAUNEY and others *v.* THE BOARD OF COMMIS-
SIONERS OF MONTGOMERY COUNTY and others.

(For Syllabus see the preceding case.)

This was the defendants' appeal in the case preceding, as that was the plaintiffs. The facts are the same, and the defendants' exception to the ruling of the presiding Judge, is therein fully stated.

*Battle & Son,* for appellant.
*McCorkle & Bailey,* contra.

SETTLE, J.   See opinion between same parties, (preceding case, ante,) on the same subject matter, at this term.

PER CURIAM.                    Judgment accordingly.